APPEAL NO. 75-33. LEROY W. ARMSTRONG *v.* VIRGINIA D. ARMSTRONG. Motion of defendant to consolidate appeal in *Armstrong* v. *Armstrong,* C. A. No. 74-64, pending in Superior Court with the instant case for hearing on May 5, 1975 is denied. The defendant's motion to strike certain portions of plaintiff's appendix and brief is denied without prejudice to the right of defendant to raise the issue at the hearing on the merits. *James P. Flynn,* for plaintiff. *Abedon, Stanzler, Biener, Skolnik & Lipsey, Milton Stanzler,* for defendant.

APPEAL NO. 75-74. MICHAEL BERGER, *d.b.a.* NEWPORT SCHOOL OF HAIRDRESSING *v.* STATE BOARD OF HAIRDRESSING. Petitions to extend time for transmission of record and to extend time for filing brief are granted, and the time is extended to April 30, 1975, in which plaintiff may file brief. *Joseph A. Bevilacqua,* for plaintiff. *Julius C. Michaelson,* Attorney General, for defendant.

APPEAL NO. 75-75. CAROLYN J. BAFFONI *v.* DEPARTMENT OF HEALTH. Petitions to extend time for transmission of record and to extend time for filing brief are granted, and the time is extended to April 30, 1975, in which plaintiff may file brief. *Joseph A. Bevilacqua,* for plaintiff. *Julius C. Michaelson,* Attorney General, for defendant.